**Order entered February 6, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01297-CV

**TRACY NIXON, Appellant**

**V.**

**GOLDMAN SACHS MORTGAGE CORPORATION, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14373**

## ORDER

Appellant has been declared a vexatious litigant and is prohibited from filing pro se any new litigation in a court of this State without first obtaining permission from the local administrative judge. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.102(a), 11.103(a) (West Supp. 2016). By letter dated January 10, 2017, this Court instructed appellant to file, by January 20, 2017, an order signed by the local administrative judge giving appellant permission to file this appeal.

Before the Court is appellant's January 20, 2017 motion for an extension of time to comply with this Court January 10th letter. We **GRANT** the motion. We **ORDER** appellant to file, by **FEBRUARY 13, 2017**, an order signed by the local administrative judge giving

appellant permission to appeal.  We caution appellant that failure to file the requested order by February 13, 2017 will result in dismissal of the appeal without further notice.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Ken Molberg as the Local Administrative District Judge and all parties.

/s/ CRAIG STODDART
   JUSTICE